# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JEFFREY HAKANSON,

     Plaintiff,

v.                               CASE NO.: 817-cv-02112-JSM-JSS

NAVIENT SOLUTIONS, LLC

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** JEFFREY HAKANSON, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JEFFREY HAKANSON, and Defendant, NAVIENT SOLUTIONS, LLC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 29th day of January, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

*/s/Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.,
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*