# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFFREY HAKANSON,

    Plaintiff,

v.                                      CASE NO.: 8:17-cv-02112-JSM-JSS

NAVIENT SOLUTIONS, LLC.

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    COMES NOW, Plaintiff Jeffrey Hakanson, and Defendant Navient Solutions, LLC., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

    Respectfully submitted on March 8, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Michael P. Schuette* |
| Heather H. Jones, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 0106181 |
| William "Billy" Peerce Howard, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No.: 0103330 | Florida Bar No.: 0016277 |
| THE CONSUMER PROTECTION FIRM, PLLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 4030 Henderson Blvd. | 3350 Buschwood Park Drive., Suite 195 |
| Tampa, FL  33629 | Tampa, FL  33618 |
| Tel (813) 500-1500 | Tel: (813) 890-2472 |
| Fax: (813) 435-2369 | Fax: (866) 466-3140 |
| Heather@TheConsumerProtectionFirm.com | mschuette@sessions.lega |
| Billy@TheConsumerProtectionFirm.com | dvanhoose@sessions.legal |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |